IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **DAWN FORBES,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**TRACY PARKER,**<br><br>and<br><br>**EARLY TRUCKING COMPANY, INC.,**<br><br>and<br><br>**JOHN DOE,**<br><br>　　　　**Defendants.** | Civil Action No._____<br><br>**REMOVED FROM THE CIRCUIT COURT FOR THE CITY OF SUFFOLK, VIRGINIA** |

### NOTICE OF REMOVAL

　　Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Tracy Parker and Early Trucking Company, Inc. ("Defendants"), by counsel, hereby file this notice of removal of the above-entitled civil action, now pending in the Circuit Court for the City of Suffolk, Virginia, bearing Case No.: 800CL19000848, to the United States District Court for the Eastern District of Virginia, Norfolk Division. In support of removal, Defendants state as follows:

Facts Giving Rise to Jurisdiction

　　1.　　Plaintiff commenced this action arising out of a traffic accident in the Circuit Court for the City of Suffolk, Virginia against Tracy Parker, the driver of the truck and his employer Early Trucking Company, Inc., seeking damages in the amount of $74,000.00. *See* Ex. 1, Complaint at *ad damnum* clause, p. 6.

907200v.2

2. Pursuant to Virginia law, Plaintiff also served the complaint on Progressive Insurance, her UIM insurance carrier.

3. On November 18, 2019, counsel for Progressive e-mailed counsel for Defendants a copy of Plaintiff's discovery responses, which Plaintiff did not serve on Defendants. *See* Ex. 2, November 18, 2019 e-mail.

4. Among the documents Plaintiff produced was a chart of the medical expenses Plaintiff seeks to recover in this matter, which total $75,874.56. *See* Ex. 3, chart.

5. In addition to medical expenses, Plaintiff seeks to recover in her Complaint damages for mental anguish, future medical expenses, lost wages and lessened earning capacity, and property damage. *See* Ex. 1, Complaint, at *ad damnum*, p. 6.

6. Plaintiff is a resident of Virginia. *See* Ex. 4, Police Crash Report.

7. Tracy Parker is a resident of North Carolina. *Id.*

8. Early Trucking Company, Inc. is a Georgia corporation with its principal place of business in Georgia. *Id.*

9. Defendant John Doe is a fictitious person and is not considered for the purposes of removal. 28 U.S.C. §1441(b)(1).

## Legal Basis for Jurisdiction

10. Removal of this action is proper under 28 U.S.C. § 1332, as there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

11. While Defendants were served with the Complaint in August 2019, pursuant to pursuant to 28 U.S.C. §1446(b)(3), Defendants were put on notice of their ability to remove this action on November 18, 2019, upon receipt of a copy of Plaintiff's responses to non-party Progressive's discovery requests.

907200v.2

12. Thirty days have not passed since Defendants first ascertained that they could remove this action, and as such this Notice of Removal is being timely filed. 28 U.S.C. § 1446(b)(3).

13. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Defendants are being filed with this notice of removal, along with all other pleadings filed in the Circuit Court for the City of Suffolk. *See* Ex. 5.

14. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being served on all parties and filed with the Circuit Court for the City of Suffolk, Virginia.

15. Additionally, pursuant to 28 U.S.C. §100, this matter is properly removed to the Norfolk Division of the United States District Court for the Eastern District of Virginia as that division includes the City of Suffolk, Virginia, where this case was filed prior to removal.

WHEREFORE, Defendants Tracy Parker and Early Trucking Company, Inc. respectfully request that this action proceed in this Court as an action properly removed thereto.

                Respectfully submitted,

                TRACY PARKER AND
                EARLY TRUCKING COMPANY
                By Counsel

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ Camille E. Shora*
Camille E. Shora, VSB #65933
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300 / (703) 245-9301 (fax)
camille.shora@wilsonelser.com
*Counsel for Defendants Tracy Parker and
Early Trucking Company*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 10th day of December, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

    I HEREBY FURTHER CERTIFY that a true and accurate copy of the foregoing was served via U.S. mail, postage prepaid, this 10th day of December 2019, to:

    Lawrence K. Land, VSB #15604
    Lawrence K. Land, P.C.
    101 West Main Street, Suite 710
    Norfolk, VA 23510
    757-625-1911/ 757-626-1759 fax
    lklpilaw@lawrenceland.com
    *Counsel for Plaintiff*

    James P. St. Clair, VSB #24248
    Norris and St. Clair, P.C.
    2840 S. Lynnhaven Road
    Virginia Beach, VA 23452
    757-498-7700 / 757-498-7744 fax
    jstclair@norrisstclair.com
    *Counsel for Plaintiff*

    Patrick Regan
    Williams, Negler, Verser & Lane
    200 Westgate Parkway, Suite 310
    Richmond, VA 23233
    804-887-5862
    866-203-6883 fax
    patrick_regan@progressive.com
    *Counsel for Progressive*

    */s/ Camille E. Shora*
    Camille E. Shora, VSB #65933
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    8444 Westpark Drive - Suite 510
    McLean, Virginia 22102
    (703) 245-9300 / (703) 245-9301 (fax)
    camille.shora@wilsonelser.com
    *Counsel for Defendants Tracy Parker and Early Trucking Company*